# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: COPAS, DIANE KYLE                            § Case No. 09-74821
                                                    §
                                                    §
Debtor(s)                                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $279,442.79              Assets Exempt: $25,250.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,720.91     Claims Discharged
                                               Without Payment: $180,317.95

Total Expenses of Administration: $2,462.31

---

3) Total gross receipts of $ 4,183.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,183.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,462.31 | 2,462.31 | 2,462.31 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 173,347.00 | 100,378.86 | 100,378.86 | 1,720.91 |
| **TOTAL DISBURSEMENTS** | $173,347.00 | $102,841.17 | $102,841.17 | $4,183.22 |

    4) This case was originally filed under Chapter 7 on October 30, 2009. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/03/2011    By: /s/JAMES E. STEVENS
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mutual Fund with T Rowe Price, Baltimore, MD | 1129-000 | 4,182.91 |
| Interest Income | 1270-000 | 0.31 |
| **TOTAL GROSS RECEIPTS** | | **$4,183.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,045.81 | 1,045.81 | 1,045.81 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 1,376.50 | 1,376.50 | 1,376.50 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3120-000 | N/A | 40.00 | 40.00 | 40.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,462.31 | 2,462.31 | 2,462.31 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,819.00 | 12,118.72 | 12,118.72 | 207.76 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 3,947.00 | 4,828.90 | 4,828.90 | 82.79 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 5,042.00 | 5,893.91 | 5,893.91 | 101.05 |
| 4 | American Express Centurion Bank | 7100-000 | 41,323.00 | 42,415.12 | 42,415.12 | 727.17 |
| 5 | GE Money Bank | 7100-000 | 1,200.00 | 2,605.08 | 2,605.08 | 44.66 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | 30,356.00 | 32,517.13 | 32,517.13 | 557.48 |
| NOTFILED | Hsbc/neimn | 7100-000 | 3,997.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 48,265.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/saks | 7100-000 | 10,396.00 | N/A | N/A | 0.00 |
| NOTFILED | Bill Me Later | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Cc | 7100-000 | 14,502.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 173,347.00 | 100,378.86 | 100,378.86 | 1,720.91 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-74821  
**Case Name:** COPAS, DIANE KYLE  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/30/09 (f)  
**§341(a) Meeting Date:** 12/09/09  

**Period Ending:** 10/03/11  
**Claims Bar Date:** 11/26/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 1405 Stag Trail, Cary IL (worth 420,00<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 210,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with JP Morgan Chase Bank, Cary<br>Orig. Asset Memo: Imported from Amended Doc#: 23 | 0.56 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with JP Morgan Chase Bank, Cary,<br>Orig. Asset Memo: Imported from Amended Doc#: 23 | 2.02 | 0.00 | DA | 0.00 | FA |
| 4 | Mutual Fund with T Rowe Price, Baltimore, MD<br>Orig. Asset Memo: Imported from Amended Doc#: 23 | 4,930.33 | 0.00 | DA | 4,182.91 | FA |
| 5 | 529 College Savings Plan with T.Rowe Price for b<br>Orig. Asset Memo: Imported from Amended Doc#: 23 | 8,450.61 | 0.00 | DA | 0.00 | FA |
| 6 | Depository account with Slotland, Canada (inacti<br>Orig. Asset Memo: Imported from Amended Doc#: 23 | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. household goods with debtor<br>Orig. Asset Memo: Imported from Amended Doc#: 23 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. books and CD's with debtor<br>Orig. Asset Memo: Imported from Amended Doc#: 23 | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. clothes with debtor<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc. jewelry and one fur coat with debtor<br>Orig. Asset Memo: Imported from Amended Doc#: 23 | 750.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA with T Rowe Price, Baltimore, MD<br>Orig. Asset Memo: Imported from Amended Doc#: 23 | 46,559.27 | 0.00 | DA | 0.00 | FA |
| 12 | Misc. clothes with debtor | 3,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74821  
**Case Name:** COPAS, DIANE KYLE  

**Period Ending:** 10/03/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/30/09 (f)  
**§341(a) Meeting Date:** 12/09/09  
**Claims Bar Date:** 11/26/10

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from Amended Doc#: 23 | | | | | |
| Int | INTEREST  (u) | Unknown | N/A | | 0.31 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$279,442.79** | **$0.00** | | **$4,183.22** | **$0.00** |

RE PROP# 9      AMENDED SCHEDULE B

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2010     **Current Projected Date Of Final Report (TFR):**    May 31, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-74821  **Trustee:** JAMES E. STEVENS (330420)
**Case Name:** COPAS, DIANE KYLE  **Bank Name:** The Bank of New York Mellon
 **Account:** 9200-******43-65 - Money Market Account
**Taxpayer ID #:** **-***9270  **Blanket Bond:** $372,000.00 (per case limit)
**Period Ending:** 10/03/11  **Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/10 | {4} | Kyle Copas | Non-exempt funds in mutual fund account with T. Rowe Price | 1129-000 | 4,182.91 | | 4,182.91 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 4,182.95 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,182.98 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,183.01 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,183.04 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,183.07 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,183.10 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,183.13 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,183.16 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,183.19 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,183.22 |
| 06/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 4,183.22 |
| 06/01/11 | | To Account #9200******4366 | transfer to close money market account | 9999-000 | | 4,183.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,183.22 | 4,183.22 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,183.22 | |
| | | | **Subtotal** | | 4,183.22 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,183.22** | **$0.00** | |

{} Asset reference(s)  Printed: 10/03/2011 01:27 PM  V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-74821  
**Case Name:** COPAS, DIANE KYLE  

**Taxpayer ID #:** **-***9270  
**Period Ending:** 10/03/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/11 | | From Account #9200******4365 | transfer to close money market account | 9999-000 | 4,183.22 | | 4,183.22 |
| 07/20/11 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,045.81, Trustee Compensation; Reference: | 2100-000 | | 1,045.81 | 3,137.41 |
| 07/20/11 | 102 | Discover Bank | Dividend paid 1.71% on $12,118.72; Claim# 1; Filed: $12,118.72; Reference: | 7100-000 | | 207.76 | 2,929.65 |
| 07/20/11 | 103 | American Express Centurion Bank | Dividend paid 1.71% on $42,415.12; Claim# 4; Filed: $42,415.12; Reference: | 7100-000 | | 727.17 | 2,202.48 |
| 07/20/11 | 104 | GE Money Bank | Dividend paid 1.71% on $2,605.08; Claim# 5; Filed: $2,605.08; Reference: | 7100-000 | | 44.66 | 2,157.82 |
| 07/20/11 | 105 | Fia Card Services, NA/Bank of America | Dividend paid 1.71% on $32,517.13; Claim# 6; Filed: $32,517.13; Reference: | 7100-000 | | 557.48 | 1,600.34 |
| 07/20/11 | 106 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Combined Check for Claims#et_al. | | | 1,416.50 | 183.84 |
| | | | Dividend paid 100.00% 1,376.50 on $1,376.50; Claim# ; Filed: $1,376.50 | 3110-000 | | | 183.84 |
| | | | Dividend paid 100.00% 40.00 on $40.00; Claim# ; Filed: $40.00 | 3120-000 | | | 183.84 |
| 07/20/11 | 107 | Chase Bank USA, N.A. | Combined Check for Claims#2,3 | | | 183.84 | 0.00 |
| | | | Dividend paid 1.71% on 82.79 $4,828.90; Claim# 2; Filed: $4,828.90 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.71% on 101.05 $5,893.91; Claim# 3; Filed: $5,893.91 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 4,183.22 | 4,183.22 | $0.00 |
| Less: Bank Transfers | 4,183.22 | 0.00 | |
| **Subtotal** | 0.00 | 4,183.22 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$4,183.22** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-74821  
**Case Name:** COPAS, DIANE KYLE  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-66 - Checking Account  

**Taxpayer ID #:** **-***9270  
**Period Ending:** 10/03/11  

**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******43-65 | 4,183.22 | 0.00 | 0.00 |
| Checking # 9200-******43-66 | 0.00 | 4,183.22 | 0.00 |
|  | $4,183.22 | $4,183.22 | $0.00 |

{} Asset reference(s)

Printed: 10/03/2011 01:27 PM   V.12.57